

Douglas B. Lipsky

630 Third Avenue, Fifth Floor
New York, New York 10017
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
dl@bronsonlipsky.com

www.bronsonlipsky.com

November 3, 2017

VIA ECF
The Honorable Vernon S. Broderick, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 518
New York, New York 10017

    Re:    Young v. Birchbox, Inc., 1:17-cv-5818 (VSB)

Dear Judge Broderick:

    This firm represents the Plaintiff. We submit this status report on behalf of all parties to inform the Court that the parties have reached a settlement in principle to resolve this matter. Given this development, we respectfully request that Defendant's November 6, 2017 deadline to file its Answer and all other salient dates be adjourned *sine die* and further request this matter be discontinued without prejudice, with Plaintiff having leave to reopen it within thirty days.

    We greatly appreciate the Court's attention to this submission and we are available to answer any questions.

    Respectfully submitted,
    BRONSON LIPSKY LLP


    s/ Douglas B. Lipsky
    Douglas B. Lipsky

Cc:    John Egan and Samuel Sverdlov (Via ECF)