```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LAWRENCE YOUNG,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :           17-CV-5818 (VSB)
                  -v-                                       :
                                                            :              ORDER
BIRCHBOX, INC.,                                             :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2017

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that this case has been settled. (Doc. 12.) Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  November 6, 2017
        New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge